**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ahmad R. MUHAMMAD, Defendant–**
**Appellant.**

**No. 05–30360**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 28, 2006.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Ahmad R. Muhammad, Jackson, MS, pro se.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ahmad R. Muhammad has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, Muhammad's response, and the record discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.